UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-1155 |
| TRACY A. SIMMONS, | ) Judge Billy Joe McDade ) Magistrate Jude Gorman |
| Defendant. | ) ) |

## AGREED MOTION FOR ENTRY OF JUDGMENT

The United States of America, by and through Jan Paul Miller, United States Attorney for the Central District of Illinois, moves the Court to enter the accompanying Judgment in favor of the United States.

As good cause for this motion, the United States hereby incorporates by reference paragraphs 1 through 5 of the attached Stipulation.

For the reasons set forth in said stipulation, the United States requests that the Court enter the Judgment submitted herewith.

Respectfully submitted,

JAN PAUL MILLER
United States Attorney

GERARD BROST
Assistant United States Attorney


/s/ Barbara E. Seaman
BARBARA E. SEAMAN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6501

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-1155 |
| ) | Judge Billy Joe McDade |
| TRACY A. SIMMONS, ) | Magistrate Jude Gorman |
| ) | |
| Defendant. ) | |

## STIPULATION

The defendant, Tracy A. Simmons, and the United States of America, through its undersigned trial attorney, stipulate as follows:

1. The United States of America commenced suit against Tracy A. Simmons in order to recover from him an erroneous refund of $30,987.56, plus interest as allowed by law.

2. On April 15, 2004, the Internal Revenue Service credited an overpayment for the year 2003 of $ 3,420 towards the amount owed by Tracy Simmons to the United States, reducing the amount due to $27,751.77, plus interest according to 26 U.S.C. §§ 6602 and 6402(e)(2).

3. After discussions between the parties, defendant consents to entry of judgment against him in the amount of $29,751.77, computed as of August 30, 2004, plus interest according provided for by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621, from August 30, 2004.

4. The judgment amount consists of the remaining erroneous refund amount of $27,567.56, and interest compute pursuant to 26 U.S.C. §§ 6602 and 6404(e)(2)(b), from the date the first demand for repayment was made upon Tracy Harris on February 25, 2003, until August 30, 2004. (Computer printout of computations attached hereto.)

5. Upon entry of judgment, Tracy A. Simmons intends to submit an offer in compromise to the United States.

6. Each party is to bear its own costs, including attorneys fees.

Respectfully submitted,

Date:

/s/ Tracy A. Simmons
TRACY A. SIMMONS
309 Judith Drive
Normal, Illinois 61761
Tel. No. (309) 452-5175

Date: September 2, 2004

/s/ Barbara E. Seaman
BARBARA E. SEAMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Tel. No. (202) 307-6501

CERTIFICATE OF SERVICE

I certify that service of the foregoing Agreed Motion for Entry of Judgment has this 2nd day of September, 2004, been made upon the defendant by mailing a copy thereof, postage prepaid, to the following address:

>Tracy A. Simmons
>309 Judith Drive
>Normal, Illinois 61761

>/s/ Barbara E. Seaman
>BARBARA E. SEAMAN
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C. 20044
>(202) 307-6501