E-FILED
Friday, 03 September, 2004 03:20:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-1155 |
| ) | Judge Billy Joe McDade |
| TRACY A. SIMMONS, ) | Magistrate Jude Gorman |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the stipulation executed by the defendant, Tracy A. Simmons, and the plaintiff, the United States of America, the defendant consents to judgment in the amount of $29,751.77, computed as of August 30, 2004, plus interest according to law from August 30, 2004.

It is hereby ORDERED, ADJUDGED AND DECREED THAT JUDGMENT IS ENTERED in favor of the United States and against Tracy A. Simmons, in the amount of $29,751.77, computed as of August 30, 2004, plus interest, at the statutory rate provided for by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621, from August 30, 2004.

Date:

_____
Judge, United States District Court