# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**USA**

vs.                                                           Case Number: **04-1155**

**Tracy A. Simmons**

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the United States and against Tracy A. Simmons, in the amount of $29,751.77.

ENTER this 10th day of September, 2004

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Douglas
BY: DEPUTY CLERK

04-1155.wpd