## ABSTRACT OF JUDGMENT

NOTICE # ~~99 CV 8591~~ 04-1155

    Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Tracy A. Simmons<br>309 Judith Drive<br>Normal, IL 61761 | United States of America |

| Amount of Judgment | Names of Creditors' Attorneys | Docketed |
|---|---|---|
| $29,751.77 (plus interest at the statutory rate provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621) from August 30, 2004. | U.S. Department of Justice<br>Tax Division<br>555 4th Street NW<br>Washington D.C. 20001 | September 10, 2004 |

UNITED STATES OF AMERICA, CLERKS OFFICE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated, __02/15__, 2006

By __H. Kallister__, Deputy Clerk

1365601.1